IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JAMES FAIRWEATHER,

    Petitioner,                    No. CIV S 02-1193 FCD PAN P

    vs.

EDWARD S. ALAMEIDA, JR.,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner with appointed counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 25, 2005, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the amended findings and recommendations were to be filed within eleven days. Petitioner has filed objections to the amended findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the amended findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The amended findings and recommendations filed August 25, 2005, are

3  adopted in full; and

4  2.  Respondent's July 29, 2004, renewed motion to dismiss is granted and this

5  action is dismissed as time-barred.  28 U.S.C. § 2244(d).

6  DATED:September 15, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge