IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert James Fairweather,

    Petitioner,                   No. CIV S-02-1193 FCD PAN P

    vs.

Edward S. Almeida, Jr.,

    Respondent.                ORDER

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 16, 2005, dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

1 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2 reason would find it debatable whether the petition states a valid claim of the denial of a
3 constitutional right.'" <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.
4 McDaniel</u>, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

5     This standard is met with respect to petitioner's claim his petition was filed
6 timely.  Accordingly, the court hereby grants a certificate of appealability.  28 U.S.C.
7 § 2253(c)(2).

8 DATED:October 19, 2005

10     /s/ Frank C. Damrell Jr.
    FRANK C. DAMRELL JR.
11     United States District Judge